**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *Ex rel.* Michael J. Fisher, Brian Bullock and Michael Fisher, Individually and Brian Bullock, Individually, | § § § § § § § § § § § § § | CASE NO. 4:12-CV-543<br><br>JURY TRIAL DEMANDED |
| Plaintiffs, | | |
| vs. | | |
| Ocwen Loan Servicing, LLC. and Ocwen Financial Corporation, | | |
| Defendants. | | |
| UNITED STATES OF AMERICA *Ex rel.* Michael J. Fisher and Brian Bullock, and Michael Fisher Individually, and Brian Bullock Individually, | § § § § § § § § § § § § § § § § | CASE NO. 4:12-CV-461<br><br>JURY TRIAL DEMANDED |
| Plaintiffs, | | |
| v. | | |
| HOMEWARD RESIDENTIAL, INC. f/k/a American Home Mortgage Servicing, Inc. ("AHMSI") and Ocwen Financial Corporation, | | |
| Defendants. | | |

## **AMENDED SCHEDULING ORDER**

Pending before the Court is the parties' Unopposed Motion to Amend Scheduling Orders. After reviewing the motion, the Court finds that the motion should be granted, and amends the scheduling order as follows:

Relators propose the following common schedule for both cases:

| Event | Current Deadlines | Amended Deadlines |
|---|---|---|
| Mediation Deadline | February 1, 2016 | Unchanged |
| Plaintiff's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b). | February 5, 2015 | March 4, 2016 |
| Defendant's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) | March 22, 2016 | April 19, 2016 |
| Deadline to object to any other party's expert witnesses. Objections shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. | 2 weeks after disclosure of an expert is made (or one week after deposition whichever is later); **Response**: 7 days thereafter; **Reply**: 3 days thereafter; **Sur-reply**: 2 days thereafter | Unchanged |
| Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions | **Motion:** December 22, 2015 **Response**: January 22, 2016 **Reply**: February 3, 2016 **Sur-reply**: February 12, 2016 | Unchanged |
| All discovery shall be commenced in time to be completed by this date (except expert discovery) | February 1, 2016 | February 29, 2016 |
| All expert discovery shall be commenced in time to be completed by this date | March 30, 2016 | April 27, 2019 |
| Notice of intent to offer certified records | February 24, 2016 | March 23, 2016 |
| Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See Local Rule CV-16(b)) and Joint Proposed Jury Instructions and Verdict Form (or | February 24, 2016 (Ocwen) April 21, 2016 (Homeward) | March 23, 2016 (Ocwen) April 21, 2016 (Homeward) |

| | | |
|---|---|---|
| Proposed Findings of Fact and Conclusions of Law in non-jury cases). | | |
| Video Deposition Designations due | March 2, 2016 (Ocwen)<br>April 28, 2016 (Homeward) | March 23, 2016 (Ocwen)<br>May 19, 2016 (Homeward) |
| Motions in limine due. File Joint Final Pretrial Order. *See* www.txed.uscourts.gov | March 30, 2016 (Ocwen)<br>May 3, 2016 (Homeward) | Unchanged |
| Response to motions in limine<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses) (Provide the exhibit objected to in the motion to response). If numerous objections are filed the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instruction/Forms of Verdict (or Proposed Findings of Fact and Conclusions of Law) | April 8, 2016 (Ocwen)<br>May 19, 2016 (Homeward) | Unchanged |
| Final Pretrial Conference | April 13, 2016 (Ocwen)<br>June 2, 2016 (Homeward) | Unchanged |
| 9:00 a.m. Jury selection and trial …. | May 16, 2016 (Ocwen)<br>June 28, 2016 (Homeward) | Unchanged |

**SIGNED this 29th day of December, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE