IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Ex rel*. Michael J. Fisher, Brian Bullock and<br>Michael Fisher, Individually and Brian<br>Bullock, Individually,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, and<br>Ocwen Financial Corporation, | §§§§§§§§§§§§§ | CASE NO. 4:12-CV-543<br>Judge Mazzant |
| UNITED STATES OF AMERICA<br>*Ex rel*. Michael J. Fisher, Brian Bullock and<br>Michael Fisher, Individually and Brian<br>Bullock, Individually,<br><br>vs.<br><br>HOMEWARD RESIDENTIAL, INC. f/k/a<br>American Home Mortgage Servicing, Inc.<br>("AHMSI") and Ocwen Financial<br>Corporation, | §§§§§§§§§§§§§§§ | CASE NO. 4:12-CV-461<br>Judge Mazzant |

## ORDER

Before the Court is Relators Michael J. Fisher and Brian Bullock's ("Relators") Motion to Extend Dispositive Motion Deadline ("Motion") (Dkt. #223 (Homeward); Dkt. #290 (Ocwen)). Having considered the relevant pleadings, the Court finds that Relators' motion should be **GRANTED**, and the dispositive motion deadline should be extended to December 29, 2015.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of January, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE