**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| *Ex rel*, Michael J. Fisher and Brian Bullock, and | * | |
| Michael Fisher, Individually, and Brian Bullock, | * | |
| Individually | * | CASE NO. 4:12-CV-543 |
| | * | |
| Plaintiffs, | * | JUDGE AMOS MAZZANT |
| | * | |
| v. | * | |
| | * | |
| Ocwen Loan Servicing, LLC and | * | |
| Ocwen Financial Corporation, | * | |
| | * | |
| Defendants. | * | |
| | * | |

*********************************************

## NOTICE

Pursuant to the Court's instructions during the February 11, 2016, telephonic hearing, Defendants Ocwen Loan Servicing, LLC and Owen Financial Corporation (collectively "Defendants") submit this Notice and attach a true and accurate copy of certain excerpts of the January 27, 2016, deposition of Stephen T. Larkin. Defendants seek a ruling from the Court on the objections and instructions not to answer on the following page and line references:

| | | |
|---|---|---|
| 48:5-52:10 | 90:15-90:25 | 138:19-138:24 |
| 53:24-54:6 | 94:21-97:4 | 139:13-140:19 |
| 56:19-58:22 | 97:11-98:11 | 141:6-142:19 |
| 86:12-87:17 | 99:22-100:15 | 146:23-147:16 |
| 88:5-88:8 | 104:4-107:16 | 149:6-149:14 |
| 88:15-89:21 | 132:19-133:7 | |

To aid the Court, the above references have been highlighted in yellow in the attached transcript.  In addition, red notations have been added that reflect instances where counsel for the Relators have either withdrawn or modified their objection after the parties met and conferred.

Dated: February 12, 2016

Respectfully submitted,

By: /s/ Darren Nicholson
Richard A. Sayles
Texas State Bar No. 17697500
DSayles@swtriallaw.com
Darren P. Nicholson
Texas State Bar No. 24032789
DNicholson@swtriallaw.com
SAYLES WERBNER PC
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 839-8700 (Telephone)
(214) 839-8787 (Facsimile)

Jonathan Rosenberg
New York State Bar No. 1992890
William J. Sushon
New York State Bar No. 2742328
Asher L. Rivner
New York State Bar No. 4283438
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
(212) 326-2000 (Telephone)
(212) 326-2061 (Facsimile)

Elizabeth McKeen
California State Bar No. 216690
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, California 92660
(949) 823-6900 (Telephone)
(949) 823-6994 (Facsimile)

**Counsel for Defendants**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 12, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Darren Nicholson
Darren Nicholson